UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEAH FLEISHER, in her individual
capacity and as next friend of her minor
son, J.F.,

       Case No. 1:14-cv-1160

   Plaintiffs,

       HON. JANET T. NEFF

v.

CHARTER TOWNSHIP OF
EMMETT, et al.,

   Defendants.
_____/

## ORDER

This is a civil action. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on September 28, 2015, recommending that this Court 1) remove Mickey David Larson as attorney of record for Plaintiff in this case; 2) strike the pro se objections (Dkts 43, 44) filed by Leah Fleisher in response to the earlier report and commendation (Dkt 40); and 3) dismiss this matter pursuant to FED R. CIV. P. 41(b) and W.D.Mich. L.Civ.R. 41.1 for want of prosecution and failure to comply with the rules and orders of this court. The Report and Recommendation was duly served on the parties. No timely objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 47) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Mickey David Larson is REMOVED as attorney of record for Plaintiff in this case.

**IT IS FURTHER ORDERED** that the pro se objections (Dkts 43, 44) filed by Leah Fleisher in response to the earlier report and commendation (Dkt 40) are STRICKEN.

**IT IS FURTHER ORDERED** that this matter is DISMISSED without prejudice pursuant to FED R. CIV. P. 41(b) and W.D.Mich. L.Civ.R. 41.1 for want of prosecution and failure to comply with the rules and orders of this court.

A Judgment will be entered consistent with this Order.


Dated: October 19, 2015          /s/ Janet T. Neff
                                 JANET T. NEFF
                                 United States District Judge